AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Arturo Gutierrez-Vasques,<br>a.k.a.: Juan Manuel Torres-Zuniga,<br>a.k.a.: Arturo Basques-Gutierres,<br>(A 076 324 013)<br>*Defendant* | Case No. 16-7395 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 3, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Arturo Gutierrez-Vasques, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about February 17, 2000, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 5, 2016

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 3, 2016, Arturo Gutierrez-Vasques was booked into the Maricopa County Jail (MCJ) intake facility by the El Mirage Police Department on local charges. While incarcerated at the MCJ, Gutierrez-Vasques was examined by ICE Agent E. Gober who determined him to be a Mexican citizen, illegally present in the United States. On the same date an immigration detainer was lodged with the MCJ. On October 4, 2016, Gutierrez-Vasques was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gutierrez-Vasques was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Arturo Gutierrez-Vasques to be a citizen of Mexico and a previously deported criminal alien. Gutierrez-Vasques was removed from the United States to Mexico through El Paso, Texas, on or about February 17, 2000, pursuant to an order of removal issued by an immigration judge. There is no

record of Gutierrez-Vasques in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gutierrez-Vasques' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Arturo Gutierrez-Vasques was convicted of Distribute, Offer, Arrange to Distribute Controlled Substance, a felony offense, on or about December 23, 1999, in the 3rd District Court – Salt Lake, Salt Lake County, State of Utah. Gutierrez-Vasques was sentenced to time served and three (3) years' probation. Gutierrez-Vasques' criminal history was matched to him by electronic fingerprint comparison.

5. On October 4, 2016, Arturo Gutierrez-Vasques was advised of his constitutional rights. Gutierrez-Vasques freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 3, 2016, Arturo Gutierrez-Vasques, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about February 17, 2000, and not having obtained the express

3

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Réne A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 5th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge